1060

[No. 14249-3-III.    Division Three.    February 27, 1996.]

RUSSELL K. JONES, *Appellant*, v. KAISER & DOUGLASS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-03661-1, John Lyden, J., entered July 29, 1994. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Munson, J., and Sperline, J. Pro Tem.

[No. 14102-1-III.    Division Three.    February 29, 1996.]

ROBERT W. GUTHRIE, *Respondent*, v. PACIFIC SECURITY COS., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-01996-8, Michael E. Donohue, J., entered May 20, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 14394-5-III.    Division Three.    February 29, 1996.]

ETHEL A. LEZON, *Appellant*, v. DAVID K. PRIEBE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 92-2-09757-1, Carol A. Wardell, J., entered September 23, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

. [No. 16439-7-II.    Division Two.    March 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KLAUS FRODERT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-1-00652-4, Robert Doran, J., entered August 10, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J.; and Turner, J.